UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KIN KWAN NG,

        Plaintiff,

  v.

DAVID W. JENNINGS, et al.,

        Defendants.

Case No. 19-cv-05919-RMI

**ORDER DIRECTING CLERK TO REASSIGN CASE**

All named parties, including unserved defendants, must consent before a magistrate judge has jurisdiction under 28 U.S.C. § 636(c)(1) to hear and decide a case. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial review because unserved defendants had not consented to proceed before magistrate judge). Because Plaintiff has named several Defendants in this case who are no longer appropriate – namely, the former Attorney General, the former Secretary of Homeland Security, and the former Director of ICE – it appears that this case requires a decision dispositive of one or more Defendants or claims at this time. Further, because the consent of all parties has not been obtained, the Clerk of Court shall reassign this case to a district judge pursuant to the court's assignment plan.

      **IT IS SO ORDERED.**

Dated: October 10, 2019

ROBERT M. ILLMAN
United States Magistrate Judge