# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIN KWAN NG**<br><br>Petitioner,<br><br>vs<br><br>**WARDEN OF IMMIGRATION DETENTION FACILITY,**<br><br>Respondent. | CV-19-05919-JST<br><br>**ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL** |

The individual named above as petitioner, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the petitioner is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the petitioner.

>Gene Vorobyov
>450 Taraval St., # 112
>San Francisco, CA 94116
>(415) 425-2693
>gene.law@gmail.com

Appointing Judge: Judge Tigar

1/14/2020
Date of Order

1/13/2020
Nunc Pro Tunc Date